**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02122-REB

RANDY J. HENDERSON

    Plaintiff

v.

CAROLYN W. COLVIN, Commissioner of Social Security

    Defendant

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Reversing Disability Decision and Remanding to Commissioner** of Judge Robert E. Blackburn [#16] entered on March 3, 2015, it is

ORDERED that the decision of Commissioner of Social Security is reversed and remanded. Plaintiff is **AWARDED** his costs, to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1, and 28 U.S.C. § 2412(a)(1).

Dated at Denver, Colorado this 9th day of March, 2015.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                        By:  s/   A. Lowe

                              A. Lowe
                              Deputy Clerk