**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02122-REB

RANDY J. HENDERSON,
      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR AWARD  OF ATTORNEY'S
FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**

---

**Blackburn, J.**

The matter before me is the parties' **Stipulated Motion for Award of Attorney's

Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412** [#20],[1] filed

June 5, 2015.  As indicated by the title of the motion, the parties have reached an

agreement as to the amount of attorney fees to be awarded to plaintiff under the EAJA.

I therefore grant the motion and award that amount of fees payable to plaintiff.  **See**

**Manning v. Astrue**, 510 F.3d 1246, 1249-55 (10th Cir. 2007), **cert. denied**, 129 S.Ct.

486 (2008).

**THEREFORE, IT IS ORDERED** as follows:

1.  That the parties' **Stipulated Motion for Award of Attorney's Fees Pursuant

to the Equal Access to Justice Act, 28 U.S.C. § 2412** [#20], filed June 5, 2015, is

granted; and

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this
convention throughout this order.

2.  That under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A),

plaintiff is awarded attorney fees of $4,987.75.00.

Dated June 11, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge